JS-6

# Death Penalty

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE LEE FOWLER,<br><br>   Petitioner,<br><br>v.<br><br>RONALD DAVIS,<br><br>   Respondent. | Case No. EDCV 15-2529 R<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

Pursuant to the Order Denying Petition For Writ Of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied, and judgment is entered dismissing the Petition with prejudice. The Court issues a certificate of appealability in connection with the denial of relief on Grounds One and Two and subclaim 5a of the Petition. The Order constitutes final disposition of the Petition by the Court.

The Clerk is ordered to enter this judgment.

Date: November 19, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

CC: Capital Habeas Group